# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:23-cv-01629-DOC-MRW             Date: January 29, 2024

Title: MOHAMAD NOUR TOTOUNJI V. DAVID M. RADEL ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE**

Plaintiffs filed this action on August 30, 2023. (Dkt. 3). On January 8, 2024, Defendant filed a Motion to Dismiss. (Dkt. 21). The Motion was set for a hearing on February 5, 2024. *Id.*

Local Rule 7-9 requires that opposing papers or a notice of non-opposition be submitted not later than twenty-one days before the date designated for the hearing. L.R. 7-9. Therefore, Plaintiff was required to submit an opposition or a written statement that Plaintiff would not oppose Defendant's Motion by January 15, 2024.

To date, Plaintiff has failed to oppose the Motion to Dismiss. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE in writing by no later than January 31, 2024 why Defendant's Motion to Dismiss should not be granted due to Plaintiff's failure to oppose. Plaintiff may discharge this Order by filing with the Court a written statement of why Plaintiff failed to oppose the Motion by the opposition deadline or by filing a written statement that Plaintiff does not oppose the Motion. Failure to adequately respond to this Order to Show Cause may result in the dismissal of this action.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                               Initials of Deputy Clerk: kdu

CIVIL-GEN